UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWATER TECHNOLOGY FOUNDRY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLARK STREET ASSOCIATES, LLC, <br><br> Defendant. | Case No.  20-cv-03168-BLF   (SVK) <br><br> **ORDER RE JOINT DISCOVERY LETTER BRIEF** <br><br> Re: Dkt. No. 45 |

Having reviewed the parties' Joint Discovery Letter Brief (Dkt. 45), the Court **ORDERS** as follows:

1. The parties must file the Consulting Services Agreement, including Schedule 1 and any necessary motion to seal, by the **close of business on December 8, 2020**.

2. This matter will be heard on **December 15, 2020 at 9:30 a.m.**, via Zoom hearing. Counsel representing each side must have authority to respond to offers of compromise either from opposing counsel or the Court.

**SO ORDERED.**

Dated: December 7, 2020

SUSAN VAN KEULEN
United States Magistrate Judge